UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JADENE MAYLA FOURMAN**,                          Case No. 3:15-cv-01011-KI

            Plaintiff,                                    JUDGMENT

    v.

**CAROLYN W. COLVIN, Acting**
**Commissioner of Social Security**,

            Defendant.

        Mark A. Manning, Esq.
        474 Willamette, #200
        Eugene, Oregon 97401

        Howard D. Olinsky, Esq.
        Olinsky Law Group
        One Park Place
        300 South State St., Ste. 420
        Syracuse, NY 13202

            Attorneys for Plaintiff

Billy J. Williams
United States Attorney
District of Oregon
Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Gerald J. Hill
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

     Attorneys for Defendant

KING, Judge:

     Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

     IT IS SO ORDERED.

     DATED this ____18th____ day of April, 2016.


       __/s/ Garr M. King_____
       Garr M. King
       United States District Judge

Page 2 - JUDGMENT